UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>               Plaintiff,<br><br>   v.<br><br>Irma Eubanks,<br><br>               Defendant. | No. 2:14-cr-00076-KJM<br><br>AMENDED ORDER |
| United States of America,<br><br>               Plaintiff,<br><br>   v.<br><br>Irma Eubanks,<br><br>               Defendant,<br><br>Acco Engineered Systems, Inc.,<br><br>               Garnishee. | No. 2:24-mc-00221-KJM-DB<br><br>AMENDED ORDER |

       The court is in receipt of the Government's notice of related cases in both *United States of America v. Eubanks*, No. 14-cr-00076 (E.D. Cal.) (ECF No. 36) as well as *United States v. Eubanks*, No. 24-mc-00221 (E.D. Cal.) (ECF No. 9). The Government did not provide the correct caption in the first case, which would have indicated that the undersigned is assigned to

1

both cases. Although this order does not change the assignment of either case, examination of the above-captioned actions reveals that they are related within the meaning of the Local Rules for the efficient management of the cases. E.D. Cal. L.R. 123(a)(4).

The parties should be aware that relating cases under Rule 123 does not consolidate the actions.

Accordingly, the court **grants** the Government's request to relate the two cases.

IT IS SO ORDERED.

DATED: July 2, 2024.

CHIEF UNITED STATES DISTRICT JUDGE