IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>IRMA EUBANKS,<br><br>　　　　　Debtor.<br><br>ACCO ENGINEERED SYSTEMS, INC.,<br><br>　　　　　Garnishee. | Case No. 2:24-MC-00221-KJM-SCR<br><br>**ORDER TERMINATING<br>WRIT OF GARNISHMENT**<br><br>Criminal Case No. 2:14-CR-00076-01-JAM |

　　　The Court, having carefully reviewed the file, and the United States' Request for an Order Terminating Writ of Garnishment ("Request"), and finding good cause therefrom, hereby GRANTS the Request.  Accordingly, it is ORDERED THAT:

　　　1.　　Pursuant to 28 U.S.C. § 3205(c)(10), the Writ of Garnishment issued on June 18, 2024, is hereby TERMINATED; and

　　　2.　　The Clerk of the United States District Court shall CLOSE this miscellaneous case.

　　　IT IS SO ORDERED.

Dated:  October 22, 2024.

_____
UNITED STATES DISTRICT JUDGE

Order Terminating Writ of Garnishment